AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>EMILY LYNN MORGAN<br><br>*Defendant(s)* | ) ) ) ) ) ) )  Case No. 1:16-mj-006 |

F I L E D
JAN - 6 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___May 2014-May 2015___ in the county of ___Woodbridge___ in the ___Eastern___ District of ___Virginia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & 846 | Conspiracy to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; oxycodone, a Schedule II controlled substance; and alprazolam, a Schedule IV controlled substance. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Gene Rossi/Anna Kaminska

*Complainant's signature*
Brittany Maher, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___January 6, 2016___

___/s/___
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: ___Alexandria, Virginia___

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*