TYPE OF HEARING: **Bond Hearing**
CASE NUMBER: **16mj06**
MAGISTRATE JUDGE: John F. Anderson
DATE: **1/21/16**
TIME: **10am**

EASTERN DISTRICT OF VIRGINIA

TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

UNITED STATES OF AMERICA

VS.

**Emily Lynn Morgan**

GOVT. ATTY **Anna Kaminska**

DEFT'S ATTY **David Smith**

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( ) **Deft adduced**
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( ) **evidence and rests.**

**Motion argued and denied.**

**Deft remanded to the custody of the USMS.**

PROBABLE CAUSE FOUND ( ) / NOT FOUND ( )

BOND _____

NEXT COURT APPEARANCE _____ TIME _____