IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-MJ-06 |
| | ) | |
| EMILY LYNN MORGAN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the court on the Defendant's Motion for Reconsideration of Detention Order (Docket no. 12). A hearing was held at which the United States was represented by its attorney and the defendant appeared with her attorney, David Smith.

The Court, after hearing evidence and argument and for the reasons stated from the bench, denies the motion.

Entered this 21st day of January, 2016.

/s/ JFA
John F. Anderson
United States Magistrate Judge
John F. Anderson
United States Magistrate Judge

Alexandria, Virginia